RECEIPT #_____
AMOUNT $ 150
SUMMONS ISSUED M/A
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. M
DATE 5-24-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 24 P 2: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT L. LUSSIER, et.al. ) | |
| Plaintiffs ) | |
| ) | Civil Action No. |
| vs. ) | |
| ) | |
| EASTERN YACHT SALES, INC.; ) | |
| JEANNEAU AMERICA, INC.; and ) | |
| CHANTIERS JEANNEAU. ) | 04cv11071 RCL |
| ) | |
| Defendants ) | |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS:

MAGISTRATE JUDGE 

This Petition of Jeanneau America, Inc., respectfully states:

1. On 28 April 2004, an action was commenced against the Petitioner, Jeanneau America, Inc., in the Superior Court of the Commonwealth of Massachusetts in and for the County of Norfolk under the name and style Robert L. Lussier and Ronald Lussier v. Eastern Yacht Sales, Inc.; Jeanneau America, Inc. and Chantiers Jeanneau, Civil Action No. 04-00713. A copy of said Complaint and Summons is attached hereto as **Exhibit 1**.

2. No responsive pleadings have been served at this time.

3. At the commencement of this action, plaintiffs were residents of either the

1

Commonwealth of Massachusetts or the State of California.

4. At the time this action was commenced, Jeanneau America, Inc., is and was a non-Massachusetts corporation, with its principal place of business located in Annapolis, Maryland.

5. At the time this action was commenced, Chantiers Jeanneau is and was a business entity organized and existing in France and did not have a principal place of business or any other place of business within the Commonwealth of Massachusetts.

6. At the time this action was commenced, Eastern Yacht Sales, Inc., upon information and belief, was and is a Delaware Corporation with a principal in Portsmouth, Rhode Island.

7. In its Complaint, the plaintiff has requested monetary damages, including exemplary damages in accordance with M.G.L. c. 93A. The monetary damages claimed by plaintiff and listed on the Civil Action Cover Sheet (part of **Exhibit 1**) are $500,000.00, an amount which exceeds the jurisdictional threshold for this court's diversity jurisdiction, exclusive of interest and costs.

8. The above-described action is one of which this court has original jurisdiction under the provisions of Title 28, United States Code, section 1332, and is one

which may be removed to this court by Petitioner, defendant herein, pursuant to the provisions of Title 28, United States Code, section 1441, in that it is a civil action involving diversity of citizenship as to all parties referenced in the complaint.

9. The above-described action is one of which this court has original jurisdiction under the provisions of Title 28, United States Code, section 1332, and is one which may be removed to this court by Petitioner, defendant herein, pursuant to the provisions of Title 28, United States Code, section 1441, in that it is a civil action where the matter in controversy, exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

10. Jeanneau America, Inc. was not a citizen of the Commonwealth of Massachusetts at the time this action was instituted, nor is it now.

WHEREFORE, Petitioner prays that the above action now pending against it in the Superior Court of the Commonwealth of Massachusetts for Norfolk County be removed to the United States District Court for the District of Massachusetts, at Boston, Massachusetts for further proceedings as the court may require or otherwise deem appropriate in the interests of justice.

Dated: 24 My 04

Jeanneau America, Inc.,
By its attorneys,

FLANAGAN & HUNTER, P.C.

Brian P. Flanagan
BBO# 547375
Michael J. Calabro
BBO# 069830
88 Black Falcon Avenue, Suite 274
Boston, MA 02210

Certificate of Service

I hereby certify that on this 24 day of May, 2004, I served a copy of the foregoing document by mailing a copy thereof, postage prepaid, to:

Robert G. Cohen, Esq.,
188 Oaks Road
Framingham, MA 01702

Attorney-at-Law