(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:-
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                              SUPERIOR COURT
                                                          CIVIL ACTION

                                                          NO. 04 00713

Robert L. Lussier and Ronald Lussier, *Plaintiff(s)*

v.

Eastern Yacht Sales, Inc.; Jeanneau America Inc.; and Chantiers Jeanneau, *Defendant(s)*

### SUMMONS

To the above-named Defendant: Eastern Yacht Sales Inc. c/o Jay Rotenberg, Resident Agent, 476 Heath Street, Brookline, MA

You are hereby summoned and required to serve upon Robert G. Cohen, plaintiff's attorney, whose address is 188 Oaks Road, Framingham, MA, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, *Esquire*, at Dedham..........the 28th

day of ....April.................., in the year of our Lord two thousand and ..four..................

                                                          _____ Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

June 22, 2004

I hereby certify and return that on 6/18/2004 at 11:15 am I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Jon Rotenberg, president, , person in charge at the time of service for Eastern Yacht Sales Inc, at , 476 Heath Street, Brookline, MA. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($3.00), Postage and Handling ($1.00), Travel ($4.48) Total Charges $43.48

*(signature)*
Deputy Sheriff

**Deputy Sheriff James E. Riggs**

N. B.   TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

, 20 .

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT
CIVIL ACTION
NORFOLK, ss.
NO.
Lussier Et Als, Plaintiff
v.
Eastern Yacht Sales Inc., Defendant
SUMMONS
(Mass. R. Civ. P. 4)