UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN OPEN OFFICE

2004 JUL 30  P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| ROBERT L. LUSSIER, et al<br>Plaintiff<br><br>v.<br><br>EASTERN YACHT SALES, INC.;<br>JEANNEAU AMERICA INC.; and<br>CHANTIERS JEANNEAU,<br>Defendants | } <br> } <br> } <br> } <br> } <br> } <br> } <br> } <br> } |

CIVIL ACTION NO.
04 CV 11071 RCL

**REQUEST FOR DEFAULT**
**Rule 55(a)**

I, Robert G. Cohen, attorney for the above-named Plaintiff(s) Robert L. Lussier Et Als, state that the complaint in this action was filed on April 28, 2004, and the summons and a copy of the complaint were served on defendant(s) Eastern Yacht Sales Inc. on June 18, 2004, as appears from the officer's return; and that the defendant herein has failed to serve a responsive pleading or to otherwise defend as provided by rule.

Therefore, I request that default be entered against defendant(s) Eastern Yacht Sales Inc. in this action.

Signed under the penalties of perjury.

Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: July 28, 2004