```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

**ROBERT LUSSIER**

V.                                          **CIVIL ACTION NO. 04-11071-RCL**

**EASTERN YACHT SALES, INC.**

## NOTICE OF DEFAULT

Upon application of the plaintiff, **Robert Lussier**, for order of Default for failure of the defendant, **Eastern Yacht Sales, Inc.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 24th day of August, 2004.

                                        TONY ANASTAS, CLERK


                                        By: /s/ Lisa M. Hourihan
August 24, 2004                              Deputy Clerk