SCANNED
DATE: 08/31/04
Sky

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 AUG 31 P 2: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

ROBERT L. LUSSIER, et al }
    Plaintiff }
v. } CIVIL ACTION NO.
 } 04 CV 11071 RCL
EASTERN YACHT SALES, INC.; }
JEANNEAU AMERICA INC.; and }
CHANTIERS JEANNEAU, }
    Defendants }

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff moves the court for an order permitting plaintiff to file an amended complaint, which is hereto attached as *Exhibit A*.

ORAL ARGUMENT IS REQUESTED.

                      Plaintiffs
                      By their attorney

                      Robert G. Cohen BBO #090340
                      188 Oaks Road
                      Framingham, MA 01702
                      (508) 875-0035

Dated: August 17, 2004

SCANNED
DATE: 09/01/04
BY: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED OFFICE
2004 AUG 31 P 2: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ROBERT L. LUSSIER, et al }<br>Plaintiff }<br>v. }<br> }<br>EASTERN YACHT SALES, INC.; }<br>JEANNEAU AMERICA INC.; and }<br>CHANTIERS JEANNEAU, }<br>Defendants } | CIVIL ACTION NO.<br>04 CV 11071 RCL |

## L.R. 7.1(A)(2) CERTIFICATE

I certify that I have conferred with counsel for defendants and have attempted in good faith to resolve or narrow the issues presented by this motion.

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: August 30, 2004

SCANNED
DATE: 09/01/04
Sky

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al<br>Plaintiff<br>v.<br><br>EASTERN YACHT SALES, INC.;<br>JEANNEAU AMERICA INC.; and<br>CHANTIERS JEANNEAU,<br>Defendants | CIVIL ACTION NO.<br>04 CV 11071 RCL |

### L.R. 15.1 CERTIFICATE

I certify that I served the proposed plaintiff's motion to add a new defendant on August 17, 2004, as required by L.R. 15.1.

                                      Robert G. Cohen BBO #090340
                                      188 Oaks Road
                                      Framingham, MA 01702
                                      (508) 875-0035

Dated: August 30, 2004