UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al }<br>Plaintiff }<br>v. }<br> }<br>EASTERN YACHT SALES, INC.; }<br>JEANNEAU AMERICA INC.; and }<br>CHANTIERS JEANNEAU, }<br>Defendants }<br> } | CIVIL ACTION NO.<br>04 CV 11071 RCL |

### PLAINTIFF'S MEMORANDUM STATING REASONS FOR ALLOWANCE OF MOTION TO AMEND COMPLAINT

Plaintiff moves to amend the Complaint to add a party defendant. The new defendant, Eastern Yacht Sales of Rhode Island Inc. is identified in some purchase and sales documents as the retail seller of the subject boat. The existing defendant Eastern Yacht Sales Inc. is also identified in the purchase/sales documents as being the retail seller of the subject boat. It is unclear from the available documents, which corporation was the actual seller and/or whether these two corporations are one and the same entity.

The motion will enable plaintiffs to gain a complete remedy from this court and will enable the plaintiffs to prosecute this action for the original purpose for which it was commenced. Leave to amend is to be freely granted. *FRCP 15(a)*; *Moore, Federal Practice Section 15.07(2) (2nd ed. 1968)*; *Foman v. Davis* 371 US 178 (1962).

Plaintiffs
By their attorney

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: August 30, 2004