UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al }<br>Plaintiff }<br>v. }<br>}<br>EASTERN YACHT SALES, INC.; }<br>JEANNEAU AMERICA INC.; and }<br>CHANTIERS JEANNEAU, }<br>Defendants } | CIVIL ACTION NO.<br>04 CV 11071 RCL |

## LOCAL RULE 16.1 CERTIFICATE

Pursuant to Local Rule 16.1 (d)(3), plaintiffs and their counsel hereby certify that they have conferred to establish a budget for the costs of the litigation and/or alternatives thereto; and to consider the resolution of this litigation through alternative dispute resolution such as those outlined in Local Rule 16.4

_____
Robert G. Cohen, Esq.

_____
Plaintiffs
By Robert G. Cohen w/permission


Respectfully submitted
Plaintiffs
By their attorney

_____
Robert G. Cohen BBO # 090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035


Dated: Sept. 29 , 2004