UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et.al.<br>    Plaintiffs<br><br>vs.<br><br>EASTERN YACHT SALES, INC.;<br>JEANNEAU AMERICA, INC.; and<br>CHANTIERS JEANNEAU.<br><br>    Defendants | )<br>)<br>)   Civil Action No. 04-11071 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify to the Court that they have conferred with regards to establishing a budget for cost of conducting the litigation and the possible use of the District Court's Alternative Dispute Resolution programs.

Dated: 9/28/04

FLANAGAN & HUNTER, P.C.

_____
Brian P. Flanagan
BBO# 547375
88 Black Falcon Avenue
Boston, MA 02210
617-482-3366

Name: PAUL FEAN
Title: President
Capacity Relating to claim:
President, Jeanneau America, Inc.