

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT L. LUSSIER, et.al.     )
     Plaintiffs     )
        )     Civil Action No. 04-11071 RCL
     vs.     )
        )
EASTERN YACHT SALES, INC.;     )
JEANNEAU AMERICA, INC.; and     )
CHANTIERS JEANNEAU.     )
        )
     Defendants     )

## JEANNEAU AMERICA, INC's CORPERATE DISCLOSURE

Defendant Jeanneau America is a privately held company and its shares are not publicly traded.

JEANNEAU AMREICA, INC.
BY ITS' ATTORNEYS
FLANAGAN & HUNTER, P.C.

Brian P. Flanagan
BBO# 547375
Michael J. Calabro
BBO# 069830
88 Black Falcon Avenue, Suite 274
Boston, MA 02210
617-482-3366

Certificate of Service

I hereby certify that on this 5 day of October 2004, I served a true copy of the foregoing document by mailing a copy thereof, postage prepaid, to: all parties of record, to wit;

Robert G. Cohen, Esq.,
188 Oaks Road
Framingham, MA 01702

William B. Golden, Esq,
Baker, Braverman & Barbadero
50 Braintree Hill Park, Suite 108
Braintree, MA 02184

Brian P. Flanagan

2