UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al<br>Plaintiff<br>v.<br><br>EASTERN YACHT SALES, INC.;<br>JEANNEAU AMERICA INC.; and<br>CHANTIERS JEANNEAU,<br>Defendants | CIVIL ACTION NO.<br>04 CV 11071 RCL |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff moves the court for an order permitting plaintiff to file a further second amended complaint, which is hereto attached as *Exhibit A*.

ORAL ARGUMENT IS REQUESTED.

Plaintiffs
By their attorney

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: October ___, 2004