UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT L. LUSSIER, et al }
        Plaintiff }
v. }    CIVIL ACTION NO.
   }    04 CV 11071 RCL
EASTERN YACHT SALES, INC.; }
JEANNEAU AMERICA INC.; and }
CHANTIERS JEANNEAU, }
        Defendants }

## L.R. 7.1(A)(2) CERTIFICATE

I certify that I have conferred with counsel for defendants and have attempted in good faith to resolve or narrow the issues presented by this motion.

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: October ___, 2004