UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al<br>Plaintiff<br>v.<br><br>EASTERN YACHT SALES, INC.;<br>JEANNEAU AMERICA INC.; and<br>CHANTIERS JEANNEAU,<br>Defendants | CIVIL ACTION NO.<br>04 CV 11071 RCL |

## L.R. 15.1 CERTIFICATE

I certify that I served the proposed plaintiff's motion to amend complaint on October 15, 2004 as required by L.R. 15.1.

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: October 27, 2004

# ROBERT GERALD COHEN
Attorney at Law
188 Oaks Road, Framingham, MA 01702
Telephone: (508) 875-0035
Facsimile: (508) 875-0558
Cell: (508) 479-0333
Email: rgcesq@aol.com
Massachusetts BBO# 090340

October 15, 2004

Brian P. Flanagan, Esq.
88 Black Falcon Avenue
Boston, MA 02210

Steven M. McInnis, Esq.
38 Bellevue Avenue Unit H
Newport, RI 02840

William Golden, Esq.
50 Braintree Hill Office Park Drive
Braintree, MA 02184

RE:  Removal of Action: Lussier, et al v. Eastern Yacht Sales, Inc. et al
     Norfolk Superior Court Civil Action CV04-00713
     USDC, District of Massachusetts: CV-11071-RCl

Dear Counsel:

Enclosed please find plaintiff's motion to further amend complaint. The proposed Amended Complaint asserts claims for negligence as well as the pending warranty claims. No new parties are added by this proposed amendment.

Please be advised that I intent to file this motion in ten (10) days.

Very truly yours,

Robert G. Cohen

RGC/pjm
Enc.

cc:   Bob Lussier