UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al<br>Plaintiff<br>v.<br><br>EASTERN YACHT SALES, INC.;<br>JEANNEAU AMERICA INC.; and<br>CHANTIERS JEANNEAU,<br>Defendants | CIVIL ACTION NO.<br>04 CV 11071 RCL |

### PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER AND TO EXTEND TIME FOR SERVING SUMMONS AND COMPLAINT ON DEFENDANT CHANTIERS JEANNEAU

Plaintiff moves the court for orders amending the Scheduling Order and to extend time for completing service of the Summons and Complaint on defendant Chantiers Jeanneau in France pursuant to the "Hague Convention."

Plaintiff suggests that at least ninety (90) days will be needed to complete service of process.

As grounds for the allowance of this motion, negotiations for the acceptance of service by said defendant failed.

Plaintiff further suggests that the extension prayed for in this motion with respect to defendant Chantiers Jeanneau be applicable solely to said defendant and that the rest and remainder of the Scheduling Order stand unchanged.

WHEREFORE, plaintiff so moves.

Plaintiffs
By their attorney

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

November 12, 2004