| PARQUET DE LA ROCHE SUR YON 85021 B.P.833 | |
|---|---|
| DESTINATAIRE | N° PG547/04 |

☐ Procureur de la République
☐ Juge d'Instance
☐ Officier du Ministère Public près le Tribunal de Police
☐ Maire
☒ Commandant de Gendarmerie
☐ Commissaire Central de Police
☐ Commissaire Divisionnaire Chef du S.R.P.J.
☐ Greffier en Chef du Tribunal
☐ Surveillant-Chef de la Maison d'Arrêt
☐ Directeur de la Police Judiciaire de la Préfecture de Police
☐

A la Roche/Yon

## OBJET DE LA TRANSMISSION

| FAIRE | M'ADRESSER |
|---|---|
| ☐ Exécuter les instructions du parquet (*) | ☐ Copie d'acte de naissance, décès, mariage de (*) |
| ☐ Préciser l'objet de la requête (*) | ☐ Copie du Jugement du (*) |
| ☐ Recevoir la plainte et procéder à une enquête (*) | ☐ Un extrait du registre d'écrou (*) |
| ☐ Remettre contre récépissé les pièces jointes (*) | ☐ Le procès verbal relatif à (*) |
| ☐ Entendre (*) | ☐ Le rapport concernant (*) |
| ☐ Connaître à (*) | ☐ |
| ☐ Citer (*) | ☐ |
| ☐ Signifier (*) | ☐ |
| ☐ | ☐ |
| ☒ Pour exécution (*) | ☐ Pour enquête (*) |
| ☐ Pour notification (*) | ☐ Objet rempli (*) |
| ☐ Se trouver compétent (*) | ☐ Objet non rempli (*) |

(*) _____

COMPAGNIE GENDARMERIE
LA ROCHE SUR YON
0 6 DEC. 2004
DESTINATAIRE : BT LHBS

**RENVOYER CET IMPRIMÉ AVEC LES PIÈCES JOINTES**

le 3/12/04
Le Procureur de la République

MINISTÈRE DE LA JUSTICE
COUR D'APPEL DE POITIERS
**TRIBUNAL DE GRANDE INSTANCE DE LA ROCHE-SUR-YON**
BP.833 - 85021 LA ROCHE-SUR-YON Cedex
Tél.02.51.47.61.00

## PARQUET

La Roche-sur-Yon, le 4 janvier 2005

MINISTÈRE DE LA JUSTICE
– 5 JAN. 2005

LE PROCUREUR DE LA RÉPUBLIQUE

A

Monsieur le Garde des Sceaux
Ministre de la Justice
Direction des Affaires Civiles et du Sceau
Bureau de l'entraide civile et commerciale
internationale
D3
13, place Vendôme
75042 PARIS cedex 01

objet: transmission d'un acte
v/ref/ Votre transmission du 1.12.04 - D3/9596TR2004/ETATS UNIS
    Dossier suivi par Jocelyne MAUGEE
n/ref: PG.1547/04

Comme suite à votre transmission citée en référence, j'ai l'honneur de vous faire retour de l'attestation de remise d'un acte en provenance des Etats-Unis au Directeur Général Adjoint des Chantiers JEANNEAU aux Herbiers (85).

Le Procureur de la République.

Mireille CAPENAT

PJ -1

Paris, le 01-12-2004

*Liberté • Égalité • Fraternité*
**RÉPUBLIQUE FRANÇAISE**

MINISTÈRE DE LA JUSTICE

DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU

BUREAU DE L'ENTRAIDE CIVILE
ET COMMERCIALE INTERNATIONALE

D3   Dossier suivi par :
Jocelyne MAUGÉE 01 44 77 62 43
Christine DEMEYERE 01 44 77 62 59
Télécopie : 01 44 77 61 22

Référence à rappeler :
D3/9596TR2004/ETATS UNIS

Le Garde des Sceaux,
Ministre de la Justice
à
Madame ou Monsieur le Procureur de la République
Tribunal de Grande Instance
55 Boulevard Aristide Briand
B.P. 833
85021 LA ROCHE SUR YON

```
PARQUET de la ROCHE-SUR-YON
ARRIVÉE
0 3 DEC. 2004
N° PG 1547
```

**Objet : Transmission d'acte**
*Convention de La Haye du 15 novembre 1965 relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile et commerciale (J.O du 14 novembre 1972)-Articles 688-1 et suivants du NCPC*

**Référence :** Votre acte du 12/11/2004 - Assignation du 06/10/2004- CHANTIERS JEANNEAU

Je vous prie de bien vouloir faire remettre à son destinataire domicilié dans votre ressort le présent acte.

*Je vous rappelle que conformément aux dispositions de l'article 688-3 du nouveau code de procédure civile "lorsque la notification est faite par les soins du ministère public, elle a lieu par voie de simple remise et sans frais". Par voie de conséquence, il ne vous appartient pas, en l'espèce, de saisir un huissier aux fins de signification, mais les services compétents de la Police nationale ou de la Gendarmerie nationale.*

*Par ailleurs, dans l'hypothèse où l'acte ne serait pas traduit en français, il conviendra d'informer le destinataire de la faculté qu'il a d'en refuser la notification, en application des dispositions de l'article 688-6 du Nouveau Code de Procédure Civile.*

Conformément à la déclaration faite par la France lors de la ratification du traité, vous voudrez bien retourner l'attestation de remise jointe, constatant l'exécution ou le défaut d'exécution, directement à l'autorité requérante dont l'adresse figure sur le formulaire de demande.



ACCUEIL
5, Boulevard de la Madeleine
Paris 1er

Cachet du Ministère de la Justice

DACS
13, place Vendôme
75042 Paris Cedex 01
Téléphone : 01 44 77 61 05

| GENDARMERIE NATIONALE | PROCEDURE D'ENQUETE PRELIMINAIRE PROCES-VERBAL DE RENSEIGNEMENT JUDICIAIRE | CADRE RESERVE AU DESTINATAIRE | |
|---|---|---|---|
| Compagnie de LA ROCHE SUR YON | | | |
| B.T. LES HERBIERS | | | |
| Code unité 01341 | N° de PV/Année 2156/2004 | | Pièce N° 1 | Feuillet N° 1 |

| Analyse | TRANSMISSION D'ACTE |
|---|---|
| Référence | Soit transmis n° PG1547/04 du 03.12.2004 parquet de LA ROCHE SUR YON |
| Personnes concernées | CHANTIERS JEANNEAU |

Le 17/12/04

Nous soussigné Eric SUTEAU , Adjudant OPJ en résidence à LES HERBIERS

Vu les articles 16, 17 à 19 et 75 à 78 du code de procédure pénale,

Nous trouvant à LES HERBIERS

*Rapportons les opérations suivantes que nous avons effectuées.*

Pour faire suite au soit transmis de référence, nous avons pris contact et remis un exemplaire complet de l'acte à M. Didier GREGGORY, Directeur général Adjoint des Chantiers Jeanneau, site des HERBIERS.

Nous faisons retour de la procédure après objet rempli.

Fait et clos aux HERBIERS le 17.12.2004

L'Officier de Police Judiciaire

| 2 | | Mme le Procureur de la république à LA ROCHE SUR YON | Date de clôture 17/12/04 | Transmis le 17.12.2004 Par Eric SUTEAU, Adjudant OPJ |
|---|---|---|---|---|
| 1 | | Aux Archives | | |

| GENDARMERIE NATIONALE | PROCEDURE D'ENQUETE PRELIMINAIRE PROCES-VERBAL DE RENSEIGNEMENT JUDICIAIRE | CADRE RESERVE AU DESTINATAIRE |
|---|---|---|
| Compagnie de LA ROCHE SUR YON<br><br>B.T. LES HERBIERS | | |
| Code unité: 01341 — N° de PV/Année: 2156/2004 | | Pièce N° 1   Feuillet N° 1 |

| Analyse | **TRANSMISSION D'ACTE** |
|---|---|
| Référence | Soit transmis n° PG1547/04 du 03.12.2004 parquet de LA ROCHE SUR YON |
| Personnes concernées | **CHANTIERS JEANNEAU** |

Le 17/12/04

Nous soussigné Eric SUTEAU, Adjudant OPJ en résidence à LES HERBIERS

Vu les articles 16, 17 à 19 et 75 à 78 du code de procédure pénale,

Nous trouvant à LES HERBIERS

*Rapportons les opérations suivantes que nous avons effectuées.*

Pour faire suite au soit transmis de référence, nous avons pris contact et remis un exemplaire complet de l'acte à M. Didier GREGGORY, Directeur général Adjoint des Chantiers Jeanneau, site des HERBIERS.

Nous faisons retour de la procédure après objet rempli.

Fait et clos aux HERBIERS le 17.12.2004

L'Officier de Police Judiciaire

| 2 | | Mme le Procureur de la république à LA ROCHE SUR YON | Date de clôture 17/12/04 | Transmis le 17.12.2004 Par Eric SUTEAU, Adjudant OPJ |
|---|---|---|---|---|
| 1 | | Aux Archives | | |

MINISTÈRE DE LA JUSTICE
COUR D'APPEL DE POITIERS
**TRIBUNAL DE GRANDE INSTANCE DE LA ROCHE-SUR-YON**
BP.833 - 85021 LA ROCHE-SUR-YON Cedex
Tél.02.51.47.61.00

## PARQUET

*La Roche-sur-Yon*, le *4 janvier 2005*

MINISTÈRE
DE LA JUSTICE

- 5 JAN. 2005

LE PROCUREUR DE LA RÉPUBLIQUE

A

*Monsieur le Garde des Sceaux*
*Ministre de la Justice*
*Direction des Affaires Civiles et du Sceau*
*Bureau de l'entraide civile et commerciale*
*internationale*
D3
*13, place Vendôme*
*75042 PARIS cedex 01*

objet: transmission d'un acte
v/ref/ Votre transmission du 1.12.04 - D3/9596TR2004/ETATS UNIS
    Dossier suivi par Jocelyne MAUGEE
n/ref: PG.1547/04

Comme suite à votre transmission citée en référence, j'ai l'honneur de vous faire retour de l'attestation de remise d'un acte en provenance des Etats-Unis au Directeur Général Adjoint des Chantiers JEANNEAU aux Herbiers (85).

Le Procureur de la République.

Mireille CADENAT

PJ -1

*Liberté • Égalité • Fraternité*
**RÉPUBLIQUE FRANÇAISE**

Paris, le 10-01-2005

LE GARDE DES SCEAUX,
MINISTRE DE LA JUSTICE
À
RICK HAMILTON
910 5TH AVE
SEATTLE, WA 98104
UNITED STATES OF AMERICA

# MINISTÈRE DE LA JUSTICE

DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU

BUREAU DE L'ENTRAIDE CIVILE
ET COMMERCIALE INTERNATIONALE

D3   Dossier suivi par :
Jocelyne MAUGÉE 01 44 77 62 43
Christine DEMEYERE 01 44 77 67 35
Julie ROUECK 01 44 77 62 59
Télécopie : 01 44 77 61 22

Référence à rappeler :
**D3/9596TR2004-ETATS UNIS**

**Objet :** Notification d'acte judiciaire -EXÉCUTÉ - ACTE REMIS À M. DIDIER GREGGORY, DIRECTEUR ADJOINT DES CHANTIERS JEANNEAU LE 17/12/2004.

**Références : Votre acte du 12/11/2004- Assignation du 06/10/2004-   CHANTIERS JEANNEAU**

J'ai l'honneur de vous faire parvenir sous ce pli les documents établis à la suite d'une demande de notification internationale.



Cachet du Ministère de la Justice

DACS
13, place Vendôme
75042 Paris Cedex 01
Téléphone : 01 44 77 61 05

ACCUEIL
5, Boulevard de la Madeleine
Paris 1er