UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4  A II: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT L. LUSSIER, et al )
    Plaintiff )
 )
 )
v. )
 )
 )
EASTERN YACHT SALES, INC.; )
JEANNEAU AMERICA INC.; and )
CHANTIERS JEANNEAU, )
    Defendants )
 )

CIVIL ACTION NO.
04 CV 11071 RCL

## NOTICE OF APPEARANCE

### TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance for the Defendant Chantiers Jeanneau in the above-referenced matter.

Respectfully submitted,

CHANTIERS JEANNEAU

By its attorneys,

Leonard F. Clarkin, BBO #085800
John R. Cavanaugh, BBO #558648
Clarkin, Sawyer & Phillips, P.C.
20 William Street
Wellesley, MA 02481
Telephone: 781-431-2525
Fax: 781-431-2525

## CERTIFICATE OF SERVICE

I hereby certify that I served the above document on all other parties to this proceeding on February ⎯3⎯, 2005 by mailing a true copy of the same, first class postage prepaid, to the following:

Robert G. Cohen, Esq.
188 Oaks Road
Framingham, MA 01701


Brian P. Flanagan, Esq.
Flanagan & Hunter
88 Black Falcon Ave., Suite 274
Boston, MA 02210