UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4  A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ROBERT L. LUSSIER, et al<br>Plaintiff<br><br>v.<br><br>EASTERN YACHT SALES, INC.;<br>JEANNEAU AMERICA INC.; and<br>CHANTIERS JEANNEAU,<br>Defendants | CIVIL ACTION NO.<br>04 CV 11071 RCL |

## DEFENDANT CHANTIERS JEANNEAU'S ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(2), Defendant Chantiers Jeanneau hereby moves this Honorable Court to enlarge the time within which it must answer or otherwise respond to the Second Amended Complaint to and including February 18, 2005.

In support whereof, Chantiers Jeanneau, states that it is a company located in France and was served with the Summons and Second Amended Complaint on or about December 17, 2004. Service was apparently made in accordance with the Hague Convention. Through its insurer, Chantiers Jeanneau has recently retained counsel in the United States to appear on its behalf, but the retention of counsel and counsel's initial investigation into this matter have been delayed given the international nature of the service of process. Now that counsel has been retained, counsel requires a reasonable amount of additional time to marshal the necessary information to respond to the Second Amended Complaint. Counsel fully expects to be able to file its response on or before February 18, 2005.

In further support whereof, counsel for the Plaintiffs has assented to the allowance of this Motion and no party will be prejudiced by the allowance hereof.

WHEREFORE, this Honorable Court should issue an order enlarging the time within which Defendant Chantiers Jeanneau hereby moves this Honorable Court to enlarge the time within which it must answer or otherwise respond to the Second Amended Complaint to and including February 18, 2005.

Respectfully submitted,

CHANTIERS JEANNEAU

By its attorneys,

Leonard F. Clarkin, BBO #085800
John R. Cavanaugh, BBO #558648
Clarkin, Sawyer & Phillips, P.C.
20 William Street
Wellesley, MA 02481
Telephone: 781-431-2525
Fax: 781-431-2525

ASSENTED TO:

RONALD LUSSIER, et al.,

By their attorney,

Robert G. Cohen, BBO # 090340
188 Oaks Road
Framingham, MA 01702

ASSENTED TO:

JEANNEAU AMERICA, INC., et al

By their attorney,

Brian P. Flanagan, BBO # 547340
Flanagan & Hunter
88 Black Falcon Ave., Suite 274
Boston, MA 02210

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Leonard F. Clarkin, certify that on January 21, 2005, I conferred with Attorney Robert Cohen, counsel for Plaintiff in this action, regarding the subject matter of this Motion and he assented to the allowance of the Motion. On January 24, 2005 my partner, John R. Cavanaugh conferred with Attorney Brian Flanagan, counsel for Co-Defendants, regarding the subject matter of this Motion and he assented to the allowance of the Motion.

                                                                                _____
                                                                                Leonard F. Clarkin, BBO #085800

## CERTIFICATE OF SERVICE

I hereby certify that I served the above document on all other parties to this proceeding on February 3, 2005 by mailing a true copy of the same, first class postage prepaid, to the following:

Robert G. Cohen, Esq.
188 Oaks Road
Framingham, MA 01701


Brian P. Flanagan, Esq.
Flanagan & Hunter
88 Black Falcon Ave., Suite 274
Boston, MA 02210