UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4  A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT L. LUSSIER, et al )
Plaintiff )
)
v. )
)
EASTERN YACHT SALES, INC.; )
JEANNEAU AMERICA INC.; and )
CHANTIERS JEANNEAU, )
Defendants )
)

CIVIL ACTION NO.
04 CV 11071 RCL

## CORPORATE DISCLOSURE

Pursuant to Local Rule 7.3, Defendant Chantiers Jeanneau hereby makes the following disclosure:

Beneteau S.A., a publicly held corporation, is the parent corporation of Defendant Chantiers Jeanneau and owns 99.99% of its capital.

Respectfully submitted,

CHANTIERS JEANNEAU

By its attorneys,

Leonard F. Clarkin, BBO #085800
John R. Cavanaugh, BBO #558648
Clarkin, Sawyer & Phillips, P.C.
20 William Street
Wellesley, MA 02481
Telephone: 781-431-2525
Fax: 781-431-2525

Dated: February 3, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I served the above document on all other parties to this proceeding on February _3_, 2005 by mailing a true copy of the same, first class postage prepaid, to the following:

Robert G. Cohen, Esq.
188 Oaks Road
Framingham, MA 01702

Brian P. Flanagan, Esq.
Flanagan & Hunter
88 Black Falcon Ave., Suite 274
Boston, MA 02210