UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4  A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT L. LUSSIER, et al )
    Plaintiff )
  )
  )    CIVIL ACTION NO.
v. )    04 CV 11071 RCL
  )
EASTERN YACHT SALES, INC.; )
JEANNEAU AMERICA INC.; and )
CHANTIERS JEANNEAU, )
    Defendants )

## MOTION OF DEFENDANT, CHANTIERS JEANNEAU, TO ADMIT COUNSEL PRO HAC VICE

In accordance with Local Rule 83.5.3(b) of the Local Rules of this Court, Chantiers Jeanneau, one of the Defendants in the above-referenced matter, hereby moves to admit Thomas C. Angelone pro hac vice in this action. In support whereof, Chantiers Jeanneau states that Mr. Angelone has a long-standing relationship with the insurer for Chantiers Jeanneau and has significant experience in the issues such as those presented before this Court in this action. In further support whereof, Chantiers Jeanneau states that co-counsel, Leonard F. Clarkin, has been a member of the Bar of the Commonwealth of Massachusetts since 1969 and this Court since 1971; is familiar with the court rules and procedures in this jurisdiction; and will be assisting Mr. Angelone in all aspects of this action.

Chantiers Jeanneau further relies on the accompanying Certificate of Attorney Angelone.

WHEREFORE, Defendant, Chantiers Jeanneau requests that Thomas C. Angelone be admitted to appear before this Court in connection with this matter.

Respectfully submitted,

CHANTIERS JEANNEAU

By its attorneys,

_Leonard Clarkin_
Leonard F. Clarkin, BBO #085800
John R. Cavanaugh, BBO #558648
Clarkin, Sawyer & Phillips, P.C.
20 William Street
Wellesley, MA 02481
Telephone: 781-431-2525
Fax: 781-431-2525

ASSENTED TO:

RONALD LUSSIER, et al.,

By their attorney,

_Robert G. Cohen_
Robert G. Cohen, BBO # 090840
188 Oaks Road
Framingham, MA 01702

ASSENTED TO:

JEANNEAU AMERICA, INC., et al

By their attorney,

_Brian P. Flanagan_
Brian P. Flanagan, BBO # 547395
Flanagan & Hunter
88 Black Falcon Ave., Suite 274
Boston, MA 02210

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Leonard F. Clarkin, certify that on January 21, 2005, I conferred with Attorney Robert Cohen, counsel for Plaintiff in this action, regarding the subject matter of this Motion and he assented to the allowance of the Motion. On January 24, 2005 my partner, John R. Cavanaugh conferred with Attorney Brian Flanagan, counsel for Co-Defendants, regarding the subject matter of this Motion and he assented to the allowance of the Motion.

                                                                                                    Leonard F. Clarkin, BBO #085800

## CERTIFICATE OF SERVICE

I hereby certify that I served the above document on all other parties to this proceeding on February _3_, 2005 by mailing a true copy of the same, first class postage prepaid, to the following:

Robert G. Cohen, Esq.
188 Oaks Road
Framingham, MA 01701


Brian P. Flanagan, Esq.
Flanagan & Hunter
88 Black Falcon Ave., Suite 274
Boston, MA 02210