UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4 A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT L. LUSSIER, et al )
    Plaintiff )
 )
v. )   CIVIL ACTION NO.
 )   04 CV 11071 RCL
EASTERN YACHT SALES, INC.; )
JEANNEAU AMERICA INC.; and )
CHANTIERS JEANNEAU, )
    Defendants )

## CERTIFICATE OF THOMAS C. ANGELONE

I, Thomas C. Angelone being under oath do hereby depose and state as follows:

1. I practice law at the firm of Hodosh, Spinella & Angelone, One Turks Head Place, Suite 1050, Providence, Rhode Island 02903.

2. I have been licensed to practice law in the State of Rhode Island since 1969. I am also licensed to practice before the United States District Court for the State of Rhode Island, the United States Court of Appeals for the First Circuit, the United States Supreme Court and have been admitted *pro hac vice* to the United States District Court for the Southern District of New York, the New York Supreme Court and the Superior Court, Essex County, New Jersey.

3. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I am a Fellow of the American College of Trial Lawyers.

6. I have a longstanding relationship with AGF (Assurances Generalis de France) the insurer of one of the Defendants in this action, Chantiers Jeanneau, a French company with manufacturing facilities located in France.

7. I am familiar with and on many occasions have conducted discovery of French companies in Paris, France and anticipate that discovery in this matter will take place in France.

8. I will at all times be working in conjunction with my co-counsel, Leonard F. Clarkin, Esq., who has been a member of the Bar in the Commonwealth of Massachusetts since 1969 and has been admitted to practice in this Court since 1971.

SIGNED UNDER THE PENALTIES OF PERJURY, this 21st day of January, 2005.

Thomas C. Angelone, #1303
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903
Telephone: 401-274-0200
Fax: 401-274-7538

## CERTIFICATE OF SERVICE

I hereby certify that I served the above document on all other parties to this proceeding on February _3_, 2005 by mailing a true copy of the same, first class postage prepaid, to the following:

Robert G. Cohen, Esq.
188 Oaks Road
Framingham, MA 01701


Brian P. Flanagan, Esq.
Flanagan & Hunter
88 Black Falcon Ave., Suite 274
Boston, MA 02210