UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT L. LUSSIER, et al }
    Plaintiff }
v. } CIVIL ACTION NO.
EASTERN YACHT SALES INC. } 04 CV 11071 RCL
JEANNEAU AMERICA INC.; and }
CHANTIERS JEANNEAU, }
    Defendants }
}

## PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

    Plaintiff moves the court for orders amending the Scheduling Order to extend time for completing discovery for at least ninety (90) days and that a further Scheduling Conference be ordered.

    As grounds for the allowance of this motion, plaintiff states that defendants Chantiers Jeanneau and Eastern Yacht Sales of Rhode Island Inc. have just recently appeared and Answered this case within the past week.

    WHEREFORE, plaintiff so moves.

                                   Plaintiffs Lussier
                                   By their attorney

                                   Robert G. Cohen BBO #090340
                                   188 Oaks Road
                                   Framingham, MA 01702
                                   (508) 875-0035

February 23, 2005

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the within motion on all counsel of record this date as follows:

February 23, 2005

_____
Robert G. Cohen, Esq.


cc:  John R. Cavanaugh, Esq.  
     Clarkin Sawyer & Phillips  
     20 William Street  
     Wellesley, MA 02481

cc:  Thomas L. Angelone, Esq.  
     Hodosh Spinella & Angelone  
     One Turks Head Place Suite 1050  
     Providence, RI 02903

cc:  Brian P. Flanagan, Esq.  
     88 Black Falcon Avenue  
     Boston, MA 02210

cc:  William Golden, Esq.  
     50 Braintree Hill Office Park Drive  
     Braintree, MA 02184