UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR -3 P 2: 58
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ROBERT L. LUSSIER, et al<br>Plaintiff<br>v.<br>EASTERN YACHT SALES OF<br>RHODE ISLAND INC.;<br>EASTERN YACHT SALES, INC.;<br>JEANNEAU AMERICA INC.; and<br>CHANTIERS JEANNEAU,<br>Defendants | CIVIL ACTION NO.<br>04 CV 11071 RCL |

## STIPULATION OF DISMISSAL
## APPLICABLE TO DEFENDANT EASTERN YACHT SALES INC. ONLY

The undersigned parties to the above-entitled civil action stipulate pursuant to FRCP 41 that the pending action shall be dismissed as to defendant Eastern Yacht Sales Inc. only. All claims by and against all other parties shall remain open and pending until further order of the court. This dismissal shall be without prejudice. All parties shall bear their own costs and attorneys' fees.

_____
On behalf of the Plaintiff

_____
Atty. on behalf of Defendant Eastern Yacht
Sales of Rhode Island, Inc.

_____
Atty. on behalf of Eastern Yacht Sales Inc.

_____
Atty. on behalf of Jeanneau America Inc.

_____
Atty. on behalf of Chantiers Jeanneau

Date: March 2, 2005