UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al }<br>Plaintiff }<br>v. }<br>EASTERN YACHT SALES INC. }<br>JEANNEAU AMERICA INC.; and }<br>CHANTIERS JEANNEAU, }<br>Defendants } | 2005 MAR 22 P 2: 58<br><br>CIVIL ACTION NO.<br>04 CV 11071 RCL |

### PLAINTIFF'S MOTION TO AMEND
### SCHEDULING ORDER

Plaintiff moves the court for orders amending the Scheduling Order to extend time for completing discovery for at least ninety (90) days and that a further Scheduling Conference be ordered.

As grounds for the allowance of this motion, plaintiff states that defendants Chantiers Jeanneau and Eastern Yacht Sales of Rhode Island Inc. have just recently appeared and Answered this case within the past week.

WHEREFORE, plaintiff so moves.

Plaintiffs Lussier
By their attorney

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

March 21, 2005

The allowance of the within motion is hereby
assented to:

_____    _____    _____
Brian P. Flanagan, Esq.    William Golden, Esq.       John R. Cavanaugh, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al<br>Plaintiff<br>v.<br>EASTERN YACHT SALES INC.<br>JEANNEAU AMERICA INC.; and<br>CHANTIERS JEANNEAU,<br>Defendants | CIVIL ACTION NO.<br>04 CV 11071 RCL |

### L.R. 7.1(A)(2) CERTIFICATE

I certify that I have conferred with counsel for defendants and have attempted in good faith to resolve or narrow the issues presented by this motion. And, pursuant to our conference, all counsel assent to the allowance of the motion to amend scheduling order and for a further Scheduling Conference.

Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Date: March 21, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al<br>Plaintiff<br>v.<br>EASTERN YACHT SALES INC.<br>JEANNEAU AMERICA INC.; and<br>CHANTIERS JEANNEAU,<br>Defendants | CIVIL ACTION NO.<br>04 CV 11071 RCL |

## L.R. 7.1(A)(2) CERTIFICATE

I certify that I have conferred with counsel for defendants and have attempted in good faith to resolve or narrow the issues presented by this motion. And, pursuant to our conference, all counsel assent to the allowance of the motion to amend scheduling order and for a further Scheduling Conference.

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Date: March 21, 2005