UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT L. LUSSIER, et al
Plaintiff
v.
EASTERN YACHT SALES INC.
JEANNEAU AMERICA INC.; and
CHANTIERS JEANNEAU,
Defendants

CIVIL ACTION NO.
04 CV 11071 RCL

FILED
CLERKS OFFICE
2005 SEP 14 A 11:50
U.S. DISTRICT COURT
DISTRICT OF MASS

**PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs move the court for orders amending the Scheduling Order to extend time for completing discovery for at least ninety (90) days.

As grounds for the allowance of this motion, plaintiff states that defendants Chantiers Jeanneau and Eastern Yacht Sales of Rhode Island Inc. have just recently appeared and Answered this case. There are issues of insurance coverage between one of the defendants and its insurer, depositions have been taken of the plaintiffs, and further inspections of the boat and its components have to be done with respect to the disputed cause and point of origin of the fire, and certain 'written discovery" has not yet been responded to.

WHEREFORE, plaintiffs so move.

Plaintiffs Lussier
By their attorney

Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: September 9, 2005

The allowance of the within motion is hereby assented to:

Brian P. Flanagan, Esq. by RC

William B. Golden, Esq. By RC

Thomas L. Angelone, Esq. By RC

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the within motion on all counsel of record this date as follows:

September 9, 2005

Robert G. Cohen, Esq.

cc: John R. Cavanaugh, Esq.
Clarkin Sawyer & Phillips
20 William Street
Wellesley, MA 02481

cc: Thomas L. Angelone, Esq.
Hodosh Spinella & Angelone
One Turks Head Place Suite 1050
Providence, RI 02903

cc: Brian P. Flanagan, Esq.
Flanagan & Hunter
88 Black Falcon Avenue
Suite 274
Boston, MA 02210

cc: William B. Golden, Esq.
Baker Braverman & Barbadoro PC
50 Braintree Hill Office Park Drive
Suite 108
Braintree, MA 02184

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT L. LUSSIER, et al<br>Plaintiff<br>v.<br>EASTERN YACHT SALES INC.<br>JEANNEAU AMERICA INC.; and<br>CHANTIERS JEANNEAU,<br>Defendants | } | CIVIL ACTION NO.<br>04 CV 11071 RCL |

**L.R. 7.1(A)(2) CERTIFICATE**

I certify that I have conferred with counsel for defendants and have attempted in good faith to resolve or narrow the issues presented by this motion. And, pursuant to our conference, all counsel assent to the allowance of the motion to amend scheduling order. and for a further Scheduling Conference.

Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Date: September 9, 2005