UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT L. LUSSIER, et al          }
        Plaintiff          }
                       }
v.                                }          CIVIL ACTION NO.
EASTERN YACHT SALES INC.   }          04 CV 11071 RCL
JEANNEAU AMERICA INC.; and  }
CHANTIERS JEANNEAU,        }
        Defendants        }
                       }

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff moves the court for an order permitting plaintiff to file a third amended complaint, which is hereto attached as *Exhibit A*.

ORAL ARGUMENT IS REQUESTED.

Plaintiffs
By their attorney

Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: September 12, 2005