UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al }<br>        Plaintiff               }<br>v.                                       }<br>EASTERN YACHT SALES INC.  }<br>JEANNEAU AMERICA INC.; and }<br>CHANTIERS JEANNEAU,       }<br>        Defendants             }<br>                                        } | CIVIL ACTION NO.<br>04 CV 11071 RCL |

## PLAINTIFF'S MEMORANDUM STATING REASONS FOR ALLOWANCE OF MOTION TO AMEND COMPLAINT

Plaintiff moves to amend the Complaint to assert negligence claims against all defendants. No new defendants are added. Negligence claims against Eastern Yacht Sales of RI Inc. are clarified.

The motion will enable plaintiffs to gain a complete remedy from this court and will enable plaintiffs to prosecute this action for the original purpose for which it was commenced. Leave to amend is to be freely granted. *FRCP 15(a); Moore, Federal Practice Section 15.07(2) (2nd ed. 1968); Foman v. Davis,* 371 US 178 (1962).

                                                                Plaintiffs
                                                                By their attorney

                                                                _____
                                                                Robert G. Cohen BBO #090340
                                                                188 Oaks Road
                                                                Framingham, MA 01702
                                                                (508) 875-0035

Dated: September 12, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al }<br>Plaintiff }<br>v. }<br> }<br>EASTERN YACHT SALES, INC.; }<br>JEANNEAU AMERICA INC.; and }<br>CHANTIERS JEANNEAU, }<br>Defendants }<br>_____} | CIVIL ACTION NO.<br>04 CV 11071 RCL |

### L.R. 7.1(A)(2) CERTIFICATE

I certify that I have conferred with counsel for defendants and have attempted in good faith to resolve or narrow the issues presented by this motion.

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: September 12, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. LUSSIER, et al }<br>       Plaintiff         }<br>v.                            }<br>                              }<br>EASTERN YACHT SALES, INC.; }<br>JEANNEAU AMERICA INC.; and }<br>CHANTIERS JEANNEAU,     }<br>       Defendants        }<br>                              } | CIVIL ACTION NO.<br>04 CV 11071 RCL |

### L.R. 15.1 CERTIFICATE

I certify that I served the proposed plaintiff's motion to amend complaint on September 12, 2005 as required by *L.R. 15.1*.

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: September 12, 2005