# ROBERT GERALD COHEN

Attorney at Law
188 Oaks Road, Framingham, MA 01702
Telephone: (508) 875-0035 // Facsimile: (508) 875-0558
Cell: (508) 479-0333
Email: rgcesq@aol.com
Massachusetts BBO# 090340

December 29, 2005

Hon. Reginald C. Lindsay
U.S. District Court
Moakley Courthouse
Boston, MA 02210

RE: *Robert L. Lussier et als*
v. *Eastern Yacht Sales of Rhode Island, Inc. et als*
   *No. 04-CV-11071-RCL*

Your Honor:

I represent plaintiff in this case.

I write to you to advise that all parties in this case agree to participate in the court sponsored non-binding mediation program.

Accordingly, on behalf of all parties in this case, I respectfully request that, pursuant to L.R. 16.4, you refer this case to one of the magistrate judges for non-binding mediation, as soon as possible.

Thank you for your consideration.

Very truly yours,

Robert G. Cohen

RGC/pjm

cc: Brian P. Flanagan, Esq.        cc: Robert L. Lussier

cc: William B. Golden, Esq.        cc: Ron Lussier

cc: Thomas L. Angelone, Esq.