# United States District Court
# District of Massachusetts

ROBERT L. LUSSIER,
RONALD LUSSIER,
    Plaintiffs,

v.                                      CIVIL ACTION NO. 2004-11071-RCL

EASTERN YACHT SALES, INC., ET AL.,,
    Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On March 21, 2006, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION      __X__ MEDIATION
\_\_\_\_\_ MINI-TRIAL      \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiffs' and defendants' counsel participated; the plaintiff Robert Lussier was present.

[X]    There was some progress. Plaintiffs' counsel is to provide further information to defendants' counsel by cob 4/24/2006. Further mediation session set for 5/16/2006 at 2:30 P.M.

<u>March 21, 2006</u>            *Robert B. Collings*
    DATE                                   ROBERT B. COLLINGS
                                                United States Magistrate Judge

Copy to:    Judge Lindsay
                Rebecca Tyler, Esquire,
                Counsel for all parties.