# United States District Court
# District of Massachusetts

ROBERT L. LUSSIER,
RONALD LUSSIER,
        Plaintiff,

v.                                               CIVIL ACTION NO. 2004-11071-RCL

JEANNEAU AMERICA, INC.,
CHANTIERS JEANNEAU,
        Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On May 16, 2006, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL     \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiff's counsel, plaintiff, defendants' counsel, and a representative of the defendants were present.

[X]   There was some further progress.  A further session is set for May 30, 2006 at 4:15 P.M.


May 16, 2006                                                *Robert B. Collings*
DATE                                                        ROBERT B. COLLINGS
                                                            United States Magistrate Judge

Copy to:    Judge Lindsay
            Rebecca Tyler, Esquire,
            Counsel for the parties.