COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

RECEIVED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

MAY 3 0 2006

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

ROBERT L. LUSSIER. et al }
Plaintiff }
}
v. }
}
EASTERN YACHT SALES INC., }   CIVIL ACTION NO. 04 CV 11071 RCL
JEANNEAU AMERICA INC., }
and CHANTIERS JEANNEAU, }
Defendants }

## JOINT MOTION TO CONTINUE MEDIATION HEARING

The parties to the above-entitled civil action jointly move that the mediation hearing scheduled for Tuesday, May 30, 2006 at 4:15 p.m. be further continued to Monday, June 26, 2006; July 13, 2006 or July 17, 2006.

As grounds, the parties hereby report to the court that they continue to be in settlement negotiation and are awaiting information from a boat salvage buyer which is essential to continuing discussions. Said information will not be available by May 30, 2006.

WHEREFORE, the parties so move.

Brian Flanagan, Esq.
Attorney for Jeanneau America Inc.
Flanagan & Hunter
88 Black Falcon Ave, Suite 274
Boston, MA 02210

Thomas L. Angelone, Esq.
Attorney for Chantiers Jeanneau
Hodosh Spinella & Angelone
One Turks Head Place Suite 1050
Providence, RI 02903

William B. Golden, Esq.
Attorney for Eastern Yacht Sales of RI Inc.
Baker Braverman & Barbadoro PC
50 Braintree Hill Office Park Drive
Suite 108
Braintree, MA 02184

Robert G. Cohen, Esq.
Attorney for Plaintiffs
188 Oaks Road
Framingham, MA 01702

# ROBERT GERALD COHEN

Attorney at Law
188 Oaks Road, Framingham, MA 01702
Telephone: (508) 875-0035 // Facsimile: (508) 875-0558
Cell: (508) 479-0333
Email: rgcesq@aol.com
Massachusetts BBO# 090340

May 26, 2006

| | |
|---|---|
| Civil Clerk – Attn: USMJ Robert Collings<br>U.S. District Court<br>Moakley Courthouse<br>One Courthouse Way<br>Boston, MA 02210 | Filed Electronically and<br>by U.S. Mail |

RE:  *Lussier, et al. v. Eastern Yacht Sales, Inc., et al.*
     USDC, District of Massachusetts: 04-CV-11071-RCL
     Mediation Date: Tuesday, May 30, 2006 @ 4:15 p.m.

Dear Sir/Madam:

Enclosed please find the following document:

   1.   Joint Motion To Continue Mediation Hearing

Please note that this transmittal letter and the attached motion will be filed electronically on Tuesday, May 30, 2006 because of technical difficulties with our office computer system.

                                                      Very truly yours,

                                                      Robert G. Cohen
                                                      Robert G. Cohen

RGC/pjm
Enc.

cc:   Robert Lussier

cc:   Ron Lussier

cc:   All counsel of record