# United States District Court
# District of Massachusetts

**ROBERT L. LUSSIER,**
**RONALD LUSSIER,**
       Plaintiff,

       v.                            CIVIL ACTION NO. 2004-11071-RCL

**EASTERN YACHT SALES, INC.,**
**JEANNEAU AMERICA, INC.,**
**CHANTIERS JEANNEAU,**
       Defendants.

## *REPORT RE: REFERENCE FOR*
## *ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

       On March 21, July 6 and August 15, I held the following ADR proceeding:

| | | |
|---|---|---|
| _____ EARLY NEUTRAL EVALUATION | __X__ MEDIATION |
| _____ MINI-TRIAL | _____ SUMMARY JURY TRIAL |
| _____ SETTLEMENT CONFERENCE | |

Plaintiff's and defendant's counsel participated; the plaintiff and representatives of the defendants were present.

[X]    The case was SETTLED; the District Judge's Clerk should issue a 45-day order.


       August 17, 2006              *Robert B. Collings*
       DATE                        ROBERT B. COLLINGS
                                  United States Magistrate Judge


Copy to:    Judge Lindsay
             Rebecca Tyler, Esquire,
             Counsel for all parties.