UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ROBERT LUSSIER**

V.                                           **CIVIL ACTION NO. 04-11071-RCL**

**EASTERN YACHT SALES, INC., ET AL**

### SETTLEMENT ORDER OF DISMISSAL

LINDSAY, D.J.

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

August 17, 2006                                                /s/ Lisa M. Hourihan
                                                               --------------------------